549 A.2d 130

Pete WAGNER, Appellant,

v.

ALLEGHENY COUNTY DEMOCRATIC COMMITTEE, Jean A. Milko, an individual and as Chairperson of the Allegheny County Democratic Committee, James J. Haggerty, Secretary of the Commonwealth of Pennsylvania, Frank Gigliotti, an individual, and Democratic State Committee of the Commonwealth of Pennsylvania.

Supreme Court of Pennsylvania.

Argued Oct. 24, 1988.

Decided Oct. 28, 1988.

ORDER

PER CURIAM:

Order affirmed.

LARSEN and ZAPPALA, JJ., did not participate in the consideration or decision of this case.